# EXHIBIT W

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA

CHRISTINE BIROS,

        Plaintiff,

vs.

U LOCK INC.,

        Defendant.

Case No. 17 CJ 04886

NOTICE OF APPEARANCE

Filed on behalf of:
*Mark*
M. MILES MYCKA

Representing himself:
*Mark*
M. Miles Mycka
5148 Peach St #401
Erie, PA 16509
My phone 814-283-4820
My email mmm@thunderland.net

FILED
PROTHONOTARY'S OFFICE
WESTMORELAND COUNTY
2022 JUN -1 P 3:02

3

**IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA**

| | |
|---|---|
| CHRISTINE BIROS, ) | Case No. 17 CJ 04886 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| U LOCK INC., a Pennsylvania corp., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

M. Miles Mycka the interested party tenant appears in this case solely to appeal the order that the court put on the docket May 17 2022 giving Christine Biros possession of 14140 Route 30 North Huntingdon even though she told the court she intended to block the tenants and lock up their things and make them pick it up even though she didn't give tenants and bailors any form of notification or tell them there was a lawsuit against them or that the court was considering evicting the tenants.

Thank you,

Mark M. Miles Mycka
5148 Peach St #401
Erie, PA 16509
My phone 814-283-4820
My email mmm@thunderland.net

2