# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM directed to non-party Plants and Goodwin, Inc. in connection with *McEvoy, et al. v. Diversified Energy Company PLC, et al.*, N.D. W. Va., Case No. 5:22-cv-00171-JPB | Miscellaneous Action No. _____ |

## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM*

Diversified Energy Company PLC, Diversified Production LLC, and Diversified Gas & Oil Corporation (collectively, "Diversified"), by and through their undersigned counsel, respectfully request the Court, as the district of compliance, to compel Plants and Goodwin, Inc. to produce documents responsive to Requests 1 through 7 of the Subpoena *Duces Tecum* attached hereto as Exhibit A. The grounds for this Motion are set forth in Diversified's Brief in Support which is being filed simultaneously herewith and is incorporated by reference.

Dated: May 10, 2023

Respectfully submitted:

 /s/ John B. Dempsey
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
John B. Dempsey (PA ID 88017)
jdempsey@mbklaw.com
Timothy E. Gates (PA ID 202305)
tgates@mbklaw.com
**Myers, Brier & Kelly, LLP**
425 Biden Street, Suite 200
Scranton, PA 18503
Phone:  570-342-6100

Daniel Donovan, P.C. (*pro hac vice* forthcoming)
daniel.donovan@kirkland.com
Ragan Naresh, P.C. (*pro hac vice* forthcoming)
ragan.naresh@kirkland.com
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-389-5267

Kenneth Young (*pro hac vice* forthcoming)
kenneth.young@kirkland.com
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, TX 77002
Phone: 713-836-3600

*Counsel for Diversified Energy Company PLC, Diversified Production LLC, and Diversified Ga & Oil Corporation*

## **CERTIFICATE OF GOOD FAITH EFFORT TO CONFER**

    I, Timothy E. Gates, hereby certify that co-counsel for Diversified has in good faith conferred with counsel for the subpoenaed party, Plants and Goodwin, Inc., Timur R. Dikec, Esquire in an effort to obtain discovery subject to this motion without court action. The efforts have been fruitless and Mr. Dikec has advised counsel that Plants and Goodwin, Inc. will stand on its objections and will not produce records, specifically with regard to requests 1 through 7 in the subpoena.

    /s/ Timothy E. Gates
    Timothy E. Gates

Date:  May 10, 2023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2023 a copy of the foregoing was served by U.S. mail and by e-mail upon the following:

| | |
|---|---|
| William S. Flynn | Joseph M. Lovett |
| Brian A. Glasser | Benjamin A. Luckett |
| John W. Barrett | J. Michael Becher |
| Brian R. Swiger | **APPALACHIAN MOUNTAIN ADVOCATES** |
| Athanasios Basdekis | P.O. Box 507 |
| **BAILEY & GLASSER, LLP** | Lewisburg, WV 24901 |
| 209 Capitol Street | jlovett@appalmad.org |
| Charleston, West Virginia 25301 | bluckett@appalmad.org |
| wflynn@baileyglasser.com | mbecher@appalmad.org |
| bglasser@baileyglasser.com | |
| jbarrett@baileyglasser.com | |
| bswiger@baileyglasser.com | |
| tbasdekis@baileyglasser.com | |

Panida A. Anderson
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson St. NW, Suite 540
Washington, DC 20007
panderson@baileyglasser.com

*Counsel for Mark McEvoy, James Tawney, Susan Tawney, Samuel Stark, Susan Dennison, Mark Goff, Carol DelRosso, George DelRosso, Benjamin Patterson, Chad Silvester, Clinton and Candace Drainer Irrevocable Trust, Eben Fritts, Eben Fritts III, Gary Wentz, Heidi Deem, Jeffery Saltis, Kellie Saltis, Lane Evans, Minerva Evans, Maynard Tanner, Jennifer Tanner, Joan Medley, Jacob Collette, Regina Collette, Scott Corcoran, Kathy Johnson, and Christine Cochran*

| | |
|---|---|
| Jennifer J. Hicks | Anna G. Rotman |
| **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.** | Nick Brown |
| 300 Summers Street, Suite 1000 | **KIRKLAND & ELLIS LLP** |
| Charleston, WV 25301 | 609 Main Street |
| jhicks@babstcalland.com | Houston, TX 77002 |
| | anna.rotman@kirkland.com |
| Mark K. Dausch | nick.brown@kirkland.com |
| **BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.** | |
| Two Gateway Center, 6th Floor | |
| 603 Stanwix Street | |
| Pittsburgh, PA 15222 | |
| mdausch@babstcalland.com | |

*Counsel for EQT Production Company, EQT Production HTW, LLC, EQT Energy LLC, EQT Investment Holdings, LLC, EQT Gathering, LLC, EQT Midstream Partners LP, EQT Midstream Partners LP, EQT GP Holdings, LP, and EQT Corporation*

Timur R. Dikec
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Six PPG Place, Suite 700
Pittsburgh, PA 15222
timur.dikec@nelsonmullins.com

*Counsel for Plants and Goodwin, Inc.*

/s/ John B. Dempsey
John B. Dempsey